DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WALKER

No. 636P87.

Case below: 87 N.C. App. 294.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1988.

STATE v. WALL

No. 621P87.

Case below: 87 N.C. App. 621.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 December 1987.

STATE v. WHITE

No. 599P87.

Case below: 87 N.C. App. 311.

Motion by Attorney General to dismiss defendant's appeal for lack of substantial constitutional question allowed 3 February 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 February 1988.

STATE v. WHITE

No. 24P88.

Case below: 87 N.C. App. 294.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1988.

STATE v. WILSON

No. 610P87.

Case below: 87 N.C. App. 399.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.